LAW OFFICES
**THON BECK VANNI CALLAHAN & POWELL**
A PROFESSIONAL CORPORATION
1100 EAST GREEN STREET
PASADENA, CALIFORNIA 91106-2513
626-795-8333

JS-6

DANIEL P. POWELL, State Bar No.: 82686
dpowell@thonbeck.com

**LAW OFFICES OF KENNETH L. GIBSON**
2130 HUNTINGTON DRIVE, SUITE 309
SOUTH PASADENA, CA 91030
(626) 403-9812
(626) 403-0647

Attorneys for Plaintiff, DIANE NOSKEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE NOSKEY, <br><br> Plaintiff, <br> vs. <br><br> TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 30, Inclusive, <br><br> Defendants. | Case No.: CV 09-3559-JFW (CTx) <br><br> ORDER REMANDING THE CASE TO STATE COURT |

PURSUANT TO THE STIPULATION OF THE PARTIES diversity no longer exists in this case and the Court lacks subject matter jurisdiction to adjudicate the claim.

UPON GOOD CAUSE SHOWN and pursuant to stipulation the case is hereby remanded to the Los Angeles County Superior Court, South District.

IT IS SO ORDERED

DATED: July 28, 2009         /s/
                          _____
                          JUDGE JOHN F. WALTER